IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GEORGE BOOKER FOSTER, JR.                                                                PLAINTIFF

v.                                          CASE NO.  4:08-cv-4028

SGT.  MARSHALL WILLIAMS;
OFFICER JAKE JONES;
KITCHEN SUPERVISOR GREEN                                                              DEFENDANTS

## JUDGMENT

This action came before the Court on Defendants' Motion for Summary Judgment.  No genuine issues of fact have been found and a decision has been rendered.   For the reasons stated in the memorandum opinion of this date, the Court finds that the Plaintiff recover nothing and that the Complaint (Doc. 1) should be and hereby is **DISMISSED** with prejudice.

**IT IS SO ORDERED** this **2nd day of April 2009.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S.  MAGISTRATE JUDGE